IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY MCFALLS                                  :
                                             :         CIVIL ACTION
            v.                               :
                                             :         NO. 18-2871
BRIGHTVIEW LANDSCAPES, LLC,                  :
BRIGHTVIEW COMPANIES, LLC,                   :
SUSAN DESANTIS, and                          :
AMANDA ORDERS                                :

## ORDER AND JUDGMENT

**AND NOW**, this 21st day of April 2020, upon consideration of Defendants' Motion for

Summary Judgment (ECF No. 17), Plaintiff's response thereto (ECF No. 19), and Defendants'

Reply (ECF No. 20), it is **ORDERED** that the Motion is **GRANTED**, and **JUDGMENT** is

entered in favor of Defendants and against Plaintiff on all counts.

**IT IS SO ORDERED.**

                                             BY THE COURT:


                                             **/s/ R. Barclay Surrick**
                                             **R. BARCLAY SURRICK, J.**